GEORGE CONSTANTIN, Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Determination, judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment to the sum of $435; in which event, judgment as so modified and order denying new trial affirmed, without costs in the City Court, the Appellate Term or this court. No opinion

Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.